## FINNEY v. ROSE'S STORES, INC.

No. 554A95

Case below: 120 N.C.App. 843

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.

## GATHINGS v. DAWSON CONSUMER PRODUCTS

No. 541P95

Case below: 342 N.C. 654

121 N.C.App. 216

Petition by plaintiff for reconsideration of denial of writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 1996.

## GUNTER v. JOHNSON

No. 155P96

Case below: 121 N.C.App. 787

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

## HOMOLY v. N.C. STATE BD. OF DENTAL EXAMINERS

No. 164P96

Case below: 121 N.C.App. 694

Petition by petitioner (Homoly) for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

## JOHNSON v. CHARLES KECK LOGGING

No. 126P96

Case below: 121 N.C.App. 598

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.